Clear Form

FILED
JUL 25 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Denise McCloud, et al
            Plaintiff,

vs.

County of Sonoma
            Defendant

CASE NO CV22-4284 SK

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Brian Barnow, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment?      Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?      Yes ___ No ✓

    c. Rent payments?      Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?      Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?      Yes ✓ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

SSDI $1,000 _____

_____

3. Are you married?      Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a. List amount you contribute to your spouse's support:$ _____

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

| | |
|---|---|
| 1 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.) |
| 2 | _____ |
| 3 | _____ |
| 4 | 5. Do you own or are you buying a home? Yes ___ No ✓ |
| 5 | Estimated Market Value: $_____ Amount of Mortgage: $ _____ |
| 6 | 6. Do you own an automobile? Yes ___ No ✓ |
| 7 | Make _____ Year _____ Model _____ |
| 8 | Is it financed? Yes ___ No ___ If so, Total due: $ _____ |
| 9 | Monthly Payment: $ _____ |
| 10 | 7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.) |
| 11 | Name(s) and address(es) of bank: _____ |
| 12 | _____ |
| 13 | Present balance(s): $ _____ |
| 14 | Do you own any cash? Yes ___ No ___ Amount: $ _____ |
| 15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 16 | market value.) Yes ___ No ✗ |
| 17 | _____ |
| 18 | 8. What are your monthly expenses? |
| 19 | Rent: $ _____ Utilities: _____ |
| 20 | Food: $ _____ Clothing: _____ |
| 21 | Charge Accounts: |
| 22 | Name of Account          Monthly Payment          Total Owed on This Account |
| 23 | _____ $_____ $_____ |
| 24 | _____ $_____ $_____ |
| 25 | _____ $_____ $_____ |
| 26 | 9. Do you have any other debts? (List current obligations, indicating amounts and to whom |
| 27 | they are payable. Do not include account numbers.) |
| 28 | _____ |

1. _____

2. 10.     Does the complaint which you are seeking to file raise claims that have been presented in
3. other lawsuits?   Yes ___ No ✔___
4. Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5. which they were filed.
6. _____
7. _____
8. I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9. false statement herein may result in the dismissal of my claims.

10.
11. 7-28-22                        /s/ Bryan K. Barnard
12.         DATE                         SIGNATURE OF APPLICANT

- 4 -