Clear Form

FILED

JUL 25 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Denise McCloud, et al

                            Plaintiff,

    vs.

County of Sonoma

                            Defendant.

**CV22-4284**

CASE NO. _____

**SK**

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

I, Kristopher Andrson Francois, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                    Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____X_____      Net: _____X_____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

_____2021, not sure_____

_____

_____

2.     Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.    Business, Profession or           Yes ____ No _X_
         self employment?

    b.    Income from stocks, bonds,         Yes ____ No _X_
         or royalties?

    c.    Rent payments?                  Yes ____ No _X_

    d.    Pensions, annuities, or            Yes ____ No _X_
         life insurance payments?

    e.    Federal or State welfare payments,    Yes ____ No _X_
         Social Security or other govern-
         ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.    Are you married?                   Yes ____ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:$ _____

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.      Do you own or are you buying a home?          Yes ____  No ☒

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.      Do you own an automobile?          Yes ____  No ☒

Make _____  Year _____  Model _____

Is it financed? Yes _____  No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.      Do you have a bank account?  Yes ____  No ☒  (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____  No ☒  Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)                                        Yes ____  No ☒

_____

8.      What are your monthly expenses?

Rent:  $ _____          Utilities:  _____

Food:  $ _____200_____          Clothing:  _____200_____

Charge Accounts:

Name of Account                Monthly Payment                Total Owed on This Account

_____        $ _____        $ _____

_____        $ _____        $ _____

_____        $ _____        $ _____

9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

_____

1  _____

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?    Yes ____ No X

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10

11  07/24/22 _____          _____

12          DATE                          SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28