ROBERT H. PITTMAN #172154
County Counsel
MATTHEW R. LILLIGREN #246991
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: matthew.lilligren@sonoma-county.org

Attorneys for Defendants
COUNTY OF SONOMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MCCLOUD, BRIAN BARAN, KRISTOPHER ANDERSON FRANCOIS, MERCEDES JUANITA FLORES, TIM RUCKER, WILBERT RAY FIELDS, AND JOHN CLAY<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA, COUNTY ADMINISTRATOR SHERYL BRATTON, SONOMA COUNTY REGIONAL PARKS, SONOMA COUNTY REGIONAL PARK DIRECTOR BERT WHITAKER, CITY OF SANTA ROSA, CITY OF SANTA ROSA MANAGER MARASKESHIA SMITH. DOES 1-10<br><br>Defendants.<br>_____ / | Case No. 22-cv-04284-HSG<br><br>**DECLARATION OF WILL GAYOWSKI IN SUPPORT OF COUNTY OF SONOMA'S OPPOSITION TO PLAINTIFFS' REQUEST FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:  July 27, 2022<br>Time:  10:00 a.m.<br>Court: Courtroom 2, 4th Floor<br>        1301 Clay Street<br>        Oakland, CA<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

I, WILL GAYOWSKI, declare as follows:

1. I am currently employed by the County of Sonoma as the Manager of the Sonoma County Homeless Encampment Access & Resource Team (HEART). I have personal knowledge of the facts contained in this Declaration and if called to testify thereto, I could and would do so competently.

2. I am a Licensed Marriage and Family Therapist and have worked for the County of Sonoma since 2013. Since May 2020, I have served in two management roles providing services to homeless individuals – as a Health Program Manager and Manager of the County's Homeless Encampment Access & Resource Team (HEART) within the County of Sonoma, Department of Health Services. HEART focuses on sheltering Sonoma County's homeless population. HEART is the primary team within the County of Sonoma responsible for responding to encampments on County property to assess individuals experiencing homelessness for services and placement options and offer shelter to individuals in encampments as shelter space is available.

3. I am currently the acting HEART Manager and in this role have been responsible for overseeing the team of trained County outreach workers responsible for providing outreach to the two homeless encampments that have developed on the Joe Rodota Trail in Santa Rosa, California over the past two months. My team has been responding to periodic encampments as they develop on the Joe Rodota Trail for the more than two years that I have been the HEART Manager.

4. There are currently two homeless encampments on the Joe Rodota Trail, which is Sonoma County Regional Park property consisting of a bicycle and pedestrian path that extends from Santa Rosa into west Sonoma County.

   a. The first encampment is located between the Joe Rodota Trail and Highway 12, east of Wright Rd. This encampment first started with six to eight people and I was first contacted about this encampment at the end of May 2022. The HEART team began working with individuals at the encampment in early June and began placing people into shelters as space began available. For more than a month, a number of individuals were on the wait list to be placed into shelter. There have been approximately 16 to 20 people at this encampment that the HEART team has worked with over the past two months to place them into shelter. As of this evening, all individuals living in this encampment have been placed into shelter by the County.

  b.  The second encampment is located on the Joe Rodota Trail between Dutton Avenue and Roseland Avenue in Santa Rosa, approximately a mile east of the first encampment. I was advised by my team that this encampment formed overnight with approximately six tents on July 6, 2022. Over the past three weeks, it has grown to more than 23 tents or other dwelling units with an estimated 25 to 30 individuals. It is my understanding that all of the seven named Plaintiffs in this lawsuit have been living at this encampment.

5.  During the time that individuals have been living at these two encampments, HEART has been working with all of the individuals that are willing to engage with the team to assess them for placement opportunities and get them placed into shelters as space is available.

6.  Beginning last week, the County was able to increase its available options for shelter capacity so that we had a variety of shelter options available for all of the existing individuals living at both encampments on the Joe Rodota Trail.

7.  Beginning on July 20, the HEART team began offering a variety of shelter options to all of the individuals that were at both Joe Rodota Trail encampments and began placing the first of those individuals into shelter on July 21, 2022. All available HEART outreach team members along with County IMDT workers have been on the Joe Rodota Trail daily on July 20, 21, 22, 25, and 26 working with all encampment residents to offer individuals a variety of shelter options and assist with moving individuals into shelter as soon as they accept one of the placements that has been offered. I personally have been on the trail working with individuals at both encampments all day on July 25 and 26 to assist with moving as many people into shelter as possible.

8.  Since July 21, 2022, the County has placed a total of 41 individuals into shelter from both encampments on the Joe Rodota Trail, including placements at Sam Jones Hall, Los Guillicos Village, County trailers located at the Sonoma County Fairgrounds, and local hotels. In addition, the County contracted with FS Global Solutions to provide personal property storage for all individuals living at the encampment who accept a shelter placement and are unable to take all of their property. FS Global has been on site July 26 and July 27 to provide storage.

9. I have confirmed with my team that everyone currently living in the two encampments on the Joe Rodota Trail had been offered a shelter placement by the County by today. As of 10 a.m. this morning, I am not aware of anyone currently living in either of the encampments who has not been offered a shelter placement, and in fact, most individuals have now accepted one of the shelter placements offered to them.

10. I was advised of the lawsuit filed by Plaintiffs on Monday July 25, 2022 and am familiar with each of the individual Plaintiffs through my work as the HEART Manager. I have personally been working with individuals at both of the existing encampments on the Joe Rodota Trail over the past two days. All seven of the named Plaintiffs have been offered a variety of shelter options and six of them have already moved into the shelter placement that they accepted as follows:

    a. **Denise McCloud**: Offered placement in one of the trailers at the Sonoma County Fairgrounds as well as two different hotels. As of July 26, she had chosen a hotel where one of her friends had been placed that does not have any current vacancies until July 27. She is scheduled to move into the hotel on July 27 as soon as a vacancy opens but could have moved into a trailer on July 25, 2022.

    b. **Brian Barnard**: Offered and accepted placement in one of the trailers at the Sonoma County Fairgrounds. Moved in on July 25, 2022.

    **c.** **Kristopher Anderson Francois**: Offered and accepted placement in one of the trailers at the Sonoma County Fairgrounds. Moved in on July 26, 2022.f

    d. **Mercedes Juanita Flores**: Offered and accepted placement in hotel for a minimum of 30 days. Moved in on July 25, 2022.

    e. **Tim Rucker**: Offered and accepted placement at Los Guillocos Village in one of the pallet homes. Moved in on July 26, 2022.

    f. **Wilbert Ray Fields**: Offered and accepted placement in one of the trailers at the Sonoma County Fairgrounds. Moved in on July 26, 2022.

    g. **John Clay**: Offered and accepted placement in hotel for a minimum of 30 days. Moved in on July 25, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Santa Rosa, California on July 26, 2022.

*Will Gayowski*
_____
WILL GAYOWSKI, LMFT