# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| Date: July 27, 2022 | Time: 10:01-10:32 a.m. (31 Minutes) | Judge: HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| Case No.: 22-cv-04284-HSG | Case Name: Mcloud v. County of Sonoma et.al. | |

**Plaintiff:** Denise McCloud and Brian Baran appearing pro se
**Attorney for Defendant:** Joshua Myers and Sue Gallagher

**Deputy Clerk:** Nikki D. Riley     **Court Reporter:** Raynee Mercado

**PROCEEDINGS:** Motion for Temporary Restraining Order-HELD

**Notes:** The Court orders counsel for defendants to e-file a comprehensive response, including supporting declarations and evidence, to the motions for temporary restraining orders (docket nos. 1 and 6) by Friday (July 29, 2022) morning. Once the briefing is complete, the Court will determine whether a further hearing is necessary.