| | |
|---|---|
| 1 | ROBERT H. PITTMAN #172154 |
| | County Counsel |
| 2 | JOSHUA A. MYERS #250988 |
| | Chief Deputy County Counsel |
| 3 | MATTHEW R. LILLIGREN #246991 |
| | Deputy County Counsel |
| 4 | County of Sonoma |
| | 575 Administration Drive, Room 105A |
| 5 | Santa Rosa, California 95403 |
| | Telephone: (707) 565-2421 |
| 6 | Facsimile: (707) 565-2624 |
| | E-mail: joshua.myers@sonoma-county.org |
| 7 | E-mail: matthew.lilligren@sonoma-county.org |
| 8 | |
| | Attorneys for Defendants |
| 9 | COUNTY OF SONOMA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | DENISE MCCLOUD, BRIAN BARAN, KRISTOPHER ANDERSON FRANCOIS, MERCEDES JUANITA FLORES, TIM RUCKER, WILBERT RAY FIELDS, AND JOHN CLAY | Case No. 22-cv-04284-HSG |
| 14 | | **DEFENDANT COUNTY OF SONOMA'S NOTICE OF ASSOCIATION OF COUNSEL** |
| 16 | Plaintiffs, | |
| 17 | vs. | |
| 18 | COUNTY OF SONOMA, COUNTY ADMINISTRATOR SHERYL BRATTON, SONOMA COUNTY REGIONAL PARKS, SONOMA COUNTY REGIONAL PARK DIRECTOR BERT WHITAKER, CITY OF SANTA ROSA, CITY OF SANTA ROSA MANAGER MARASKESHIA SMITH. DOES 1-10 | |
| 23 | Defendants. / | |

TO THE CLERK OF THE COURT AND ALL PARTIES HEREIN:

ASSOCIATION OF COUNSEL                                    22-cv-04284-HSG

1

PLEASE TAKE NOTICE THAT Defendant Sonoma County requests that this Court add the following person to represent it in this case: Chief Deputy County Counsel JOSHUA A. MYERS.  Please add JOSHUA A. MYERS to the Court's service list.

Dated: July 28, 2022                         ROBERT H. PITTMAN, County Counsel

By: /s/ Matthew Lilligren
Matthew Lilligren
Deputy County Counsel
Attorneys for Defendant
COUNTY OF SONOMA