AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

McCloud et.al.

Plaintiff(s),

v.

County of Sonoma et al

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:22 - cv-04284-HSG

Notice is hereby given that, subject to approval by the court, __See attachment for list of Plaintiffs__ substitutes
(Party (s) Name)

__Colleen S. O'Neal__, State Bar No. __108042__ as counsel of record in
(Name of New Attorney)

place of __In Pro Per Plaintiffs as listed in attached Plaintiff List__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Colleen S. O'Neal
Address: 988 Kenmore Ln.
Telephone: (707) 696-8514    Facsimile ___
E-Mail (Optional): colleensoneallegal@gmail.co,

I consent to the above substitution.

Date: ___

(Signature of Party (s))

I consent to being substituted.

Date: ___

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 8/17/2022

*(signature)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/19/2022

*(signature)* Haywood S. Gill Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

McCloud et al. v County of Sonoma et al   Case No.: 4:22-cv-04284-HSG

Attachment to Consent Order Granting Substitution of Attorney - Plaintiff List

Denise McCloud                    Date: 08/17 2022

*/s/ Denise McCloud/*

Brian Baranowd                    Date: 08/16/22

*/s/ Brian Baranow/*

Kristopher Anderson Francois      Date: _____

Mercedes Juanita Flores           Date: 8-17-22

*/s/ Mercedes Flores/*

Tim Rucker /s/                    Date: 08/16/22

Wilbert Ray Fields                Date: 08/16/22

*/s/ Wilbert Ray Fields/*